# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 22-5128**

**September Term, 2021**

**1:22-cv-00895-TNM**

**Filed On:** August 26, 2022

Jonathan Burrs,

       Appellant

   v.

United States of America, et al.,

       Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Wilkins and Katsas, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed April 18, 2022, be affirmed. Appellant has not shown that the district court erred in dismissing the complaint because it was barred by a pre-filing injunction issued by the U.S. District Court for the Middle District of North Carolina. See Burrs v. United Techs. Corp., No. 18-cv-491 (M.D.N.C. Jan. 16, 2019). To the extent appellant seeks to challenge the pre-filing injunction, the U.S. Court of Appeals for the Fourth Circuit is the proper forum to review a decision of the U.S. District Court for the Middle District of North Carolina. See 28 U.S.C. § 1294(1).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
     Daniel J. Reidy
     Deputy Clerk